

**James C. Haggerty**
*Attorney at Law*
**Haggerty, Goldberg, Schleifer & Kupersmith, P.C.**
1835 Market Street
Suite 2700
Philadelphia, PA 19103

phone:   (267) 350 – 6637
fax:      (215) 665 – 8201
email:   jhaggerty@hgsklawyers.com
web:     www.hgsklawyers.com

Charles J. Schleifer
James C. Haggerty
Terry D. Goldberg
Richard T. Kupersmith
John J. Beichert ●
Mark J. Kogan
Julianna Burdo *

Beth Bowers
Bernardo Carbajal
Matthew D. Colavita *
Ana R. Amarante-Craig*●"
Eileen V. Dooley
Michael Hagstotz *
Jason Anthony Lai
A.J. Nardozzi
Miriam A. Newman *^
Robin Schleifer Weiss *
Scott J. Schleifer *
Jeffrey K. Stanton*
Suzanne Tighe
Jason R. Weiss *

Special Counsel
Stephen David

Counsel
A. Harold Datz
Irving L. Abramson
Sis-Obed Torres <

● *Member of NY Bar*
* *Member of NJ Bar*
^ *Member of MD Bar*
< *Member of NY Bar Only*
" *Member of FL Bar*

March 14, 2016

Clerk of Court
United States Court of Appeals
For the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

RE:   Rarick v. Federated Service Insurance Company
      No. 15-3606

      Easterday v. Federated Mutual Insurance Company
      No. 16-1328

Dear Sir or Madam:

    Kindly note that the undersigned, as counsel for the plaintiffs in the above matters, does not oppose the Motion to Consolidate Appeals as filed by the defendants. While the substantive issues in the underlying matters are different and distinct, the procedural issues in the two appeals are the same. Therefore, the Motion to Consolidate Appeals is not contested.

Very truly yours,

HAGGERTY, GOLDBERG, SCHLEIFER
& KUPERSMITH, P.C.

James C. Haggerty

JCH/cdh
cc:  Tiffany M. Brown, Esquire/Charles Spevacek, Esquire
    Gale White, Esquire/Anthony L. Miscioscia, Esquire